The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDA JARDIM DE SOUZA and KYLEE NICOLE JARDIM,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Office of the Chief Counsel, 20 Massachusetts Ave. N.W., Room 4210, Washington, D.C. 20529;<br><br>Ernest DESTEFANO, in his official capacity as the Chief of the Office of Intake and Document Production, USCIS 20 Massachusetts Ave., NW Washington, D.C. 20001;<br><br>Tracy RENAUD, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>Alejandro MAYORKAS, in his Official Capacity, Secretary, U.S. Department of Homeland Security; and<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Office of the General Counsel, 2707 Martin Luther King Jr. Ave, SE, Mail Stop 0485, Washington, DC, 20528-0485.<br><br>Defendants. | No. 21:2-cv-00702-MJP<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Noted for hearing:<br>October 18, 2021<br>Without Oral Argument |

STIPULATED MOTION TO DISMISS
2:21-cv-00405-MJP
PAGE– 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The parties, by and through undersigned counsel, hereby stipulate to dismissal of plaintiffs' Fernanda Jardim de Souza and Kylee Nicole Jardim individual claims against Defendants United States Citizenship and Immigration Services, Ernest Destafano, Tracy Renaud, Alejandro Mayorkas, and United States Department of Homeland Security (jointly as "Defendants") (and this action) without prejudice, and without an award of fees or costs to any party.

DATED this 18th day of October, 2021.

| **DAVIS WRIGHT TREMAINE LLP** | **NICHOLAS W. BROWN**<br>**UNITED STATES ATTORNEY** |
|---|---|
| By /s/ Diane M. Butler<br>Diane M. Butler, WSBA# 22030<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>E-mail:  dianebutler@dwt.com<br><br>Attorney for Plaintiffs | By /s/ James C. Strong<br>JAMES C. STRONG, OR # 131597<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA  98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4067<br>Email:  James.Strong@usdoj.gov<br><br>Attorney for Defendants |

STIPULATED MOTION TO DISMISS
2:21-cv-00405-MJP
PAGE– 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

Pursuant to the Parties' stipulation, which the Court hereby adopts and approves, IT IS HEREBY ORDERED that all of the Plaintiff's claims are dismissed without prejudice and without an award of costs or fees to either party.

DATED this 19th day of October, 2021

_____
The Honorable Marsha J. Pechman

STIPULATED MOTION TO DISMISS
2:21-cv-00405-MJP
PAGE– 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax